**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-693-FDW**

| | |
|---|---|
| **WILLIAM CARAWAN, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| **FNU HELMS, Correctional Officer,** ) | |
| **Lanesboro CI,** ) | |
| **FNU MCLENDON, Correctional Officer,** ) | |
| **Lanesboro CI,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** comes before the Court on a Motion for Reconsideration by pro se Plaintiff of this Court's prior order denying Plaintiff's Motion for Extension of Time to File Notice of Appeal. (Doc. No. 15). The Court denies the motion for reconsideration for the reasons stated in the Court's original order denying the motion. See (Doc. No. 14).

Furthermore, to the extent that Plaintiff attached a motion to amend his Complaint to his motion for time to file his appeal, (Doc. Nos. 10-1, 10-2), the Court denies the motion to amend as futile, as the allegations in the proposed amended Complaint substantially restate the factual allegations made in Plaintiff's original Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 15), is **DENIED**.

1

Signed: July 5, 2017

Frank D. Whitney
Chief United States District Judge